JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED SAEED HOSSEINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>255 SOUTH KING STREET LIMITED PARTNERSHIP, et al.,,<br><br>　　　　　Defendants. | Case No. CV 24-1988-MWF(ASx)<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

The Court has reviewed the parties' Stipulated Motion to Dismiss, filed July 12, 2024. (Docket No. 34). For good cause shown, the Court grants the Stipulated Motion and ORDERS as follows:

1. All pending dates, hearings and deadlines, including the hearing on Defendants' Motion to Dismiss (Docket No. 22), are VACATED.
2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion, all claims against Defendants are DISMISSED with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.**

Dated: July 15, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　United States District Judge